60,852-08

From: CHARLES BUNTON
ALLRED #1143771
2101 FM 369 NORTH
IOWA PARK, TX 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

June 10, 2015

TO: COURT OF CRIMINAL APPEALS OF TEXAS

Dear Clerk:

I have been writing this Court every single week — once a week this year and I have a Habeas Corpus WR-60,852-08 pending. The Court of Appeals 3rd Dist. at Austin, wrongly affirmed my conviction on direct appeal. I have been held in prison under this wrongly affirmed conviction in violation of both state and federal constitutions. The details are in the above-pending writ # WR-60,852-08 and I have not heard anything about the status of my pending writ. I know the Court does not have to keep me informed of the status of my case but if the Court has ruled on my case I have not received a white card notifying me of that ruling.

In any event I would just like the Court to be aware that there is a human, being held in prison, because his conviction was wrongly affirmed on direct appeal — that human, being me, continues to seek assistance/justice from this Court.

Sincerely=Respectfully,

C. Bunton - WR#60,852-08; TDCJ-CID#1143771